IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark Jefferis,

    Plaintiff(s),

vs.

Hallrich Incorporated, et al.,

    Defendant(s).

Case Number: 1:18cv687

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 31, 2019 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 14, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss plaintiffs' class and collective action for lack of subject matter jurisdiction and to compel mediation and arbitration (Doc. 11) is GRANTED. The arbitration agreement is to be enforced without regard to the provisions requiring initiation of mediation within six (6) months of accrual of an FLSA claim and arbitration within 14 days thereafter.

This case is hereby DISMISSED without prejudice from the docket of this Court.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court