## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**MARK JEFFERIES,**

    **Plaintiff,**

-vs-                                                                                Case No.  1:18-CV-687

**HALLRICH INCORPORATED,** *et al.,*

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Defendant's motion to dismiss plaintiff's class and collective action for lack of subject matter jurisdiction and to compel mediation and arbitration (doc. 11) is GRANTED.  The arbitration agreement is to be enforced without regard to the provisions requiring initiation of mediation within six (6) months of accrual of an FLSA claim and arbitration within 14 days thereafter.  This case is hereby DISMISSED without prejudice from the docket of this Court.

Date:  August 22, 2019                                    RICHARD W. NAGEL, CLERK

                                                                                       By: s/E.Hiltz

                                                                                       E. Hiltz, Deputy Clerk